(eff. 3/10)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Kevin Delory, et al

    Vs.                                         C.A. 13-727-M

Mid-Island Mortgage Corp., et al

## RULE 16(b) SCHEDULING CONFERENCE NOTICE

A Rule 16(b) pretrial scheduling conference regarding the above case will be held before **United States District Judge John J. McConnell, Jr. in Chambers 211 on Tuesday, February 25, 2014 at 9:00 a.m.**

In order to facilitate an informed discussion of the merits of the case and the prospect for settlement, lead counsel are required to confer prior to that time for the following purposes (pursuant to counsel's obligations under Fed. R. Civ. P. 26(f)):

1. Exchanging relevant information and documents;

2. Identifying the facts that are in dispute;

3. Identifying the legal issues;

4. Identifying as precisely as possible the nature of the discovery contemplated by each party;

5. Exploring the possibility of settlement before substantial expenditures of time and money are made;

6. Possible referral to ADR (Alternative Dispute Resolution) in the form of a mandatory Settlement Conference before a Magistrate Judge or a conference with the ADR Administrator (the ADR Summary can be found at www.rid.uscourts.adr.asp).

In addition, at least five (5) days prior to the conference, counsel for each party shall electronically file a written statement no longer than three (3) pages in length which summarizes the facts of the case and identifies any legal issues which may arise.

**Out of state counsel wishing to appear telephonically may do so by letting the clerk know in advance.**

**Counsel are instructed to notify the clerk for the undersigned judge if counsel for any party has been omitted from the list of counsel receiving this notice**.


 /s/ Barbara L. Barletta
Deputy Clerk
Dated:   January 29, 2014